AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 JUL 29 AM 11:08  KH

CLERK-ALBUQUERQUE

for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Shane Lewis Vigil<br>*Defendant* | )<br>)<br>) Case No. 15-MJ-2573<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shane Lewis Vigil,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. 113 (a)(3), assault with a dangerous weapon;
Title 18 U.S.C. 113 (a)(6), assault resulting in serious bodily injury; and
Title 18 U.S.C. 1153 crime occurring in Indian Country.

Date: July 23, 2015

*Issuing officer's signature*

City and state: Farmington, NM

B. Paul Briones, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/23/15, and the person was arrested on *(date)* 07/24/15
at *(city and state)* Dulce, NM.

Date: 07/29/15

*Arresting officer's signature*

W. Monty Waldron, Special Agent - FBI
*Printed name and title*