# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable William P. Lynch

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| Date: | 7/29/2015 | Case Number: | 15mj2573 | |
|---|---|---|---|---|
| Case Title: USA v. | Shane Lewis Vigil | Liberty: | Gila @ | 9:46 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 2mins | |
| Probation/Pretrial: | Andrew Selph | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Raquel Ruiz-Velez | Defendant: | Alonzo Padilla |
|---|---|---|---|

PROCEEDINGS:

☒ Defendant waives Preliminary hearing

☒ Court finds probable cause

☒ Defendant waives detention hearing

☒ Defendant remanded to custody of USMS

☐ Defendant released:

☐ Other: