FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 2 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 15-2855 JCH |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault With a Dangerous Weapon; |
| **SHANE LEWIS VIGIL,** | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 20, 2015, in Indian Country, in Rio Arriba County, and elsewhere, in the District of New Mexico, the defendant, **SHANE LEWIS VIGIL**, an Indian, assaulted Jane Doe with a dangerous weapon, an aluminum baseball bat, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about July 20, 2015, in Indian Country, in Rio Arriba County, and elsewhere, in the District of New Mexico, the defendant, **SHANE LEWIS VIGIL,** an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

　　　　/s/
FOREPERSON OF THE GRAND JURY

/signature/
Assistant United States Attorney

PVS  8/7/2015 12:04 PM