# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B.Molzen

United States Magistrate Judge

| Clerk's Minutes | Arraignment |
|---|---|

| | | | | |
|---|---|---|---|---|
| Date: | 8/18/2015 | Case Number: | 15-CR-2855 JH | |
| Case Title: USA v. | Shane Lewis Vigil | Liberty: | Gila @ | 9:34 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 2 Minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Novaline Wilson | Defendant: | Alonzo Padilla |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☐ Meet and Confer
- ☒ Motions due by:9/7/2015
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Herrera
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☐ Other: