**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 06 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-02855 JCH |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault |
| ) | With a Dangerous Weapon; |
| **SHANE LEWIS VIGIL**, ) | |
| ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault |
| Defendant. ) | Resulting in Serious Bodily Injury; and |
| ) | |
| ) | Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault |
| ) | Resulting in Serious Bodily Injury. |

## I N F O R M A T I O N

The United States Attorney charges:

### Count 1

On or about July 20, 2015, in Indian Country, in Rio Arriba County, and elsewhere, in the District of New Mexico, the defendant, **SHANE LEWIS VIGIL**, an Indian, assaulted Jane Doe with a dangerous weapon, an aluminum baseball bat, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### Count 2

On or about July 20, 2015, in Indian Country, in Rio Arriba County, and elsewhere, in the District of New Mexico, the defendant, **SHANE LEWIS VIGIL**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

<u>Count 3</u>

On or about November 21, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **SHANE LEWIS VIGIL**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

DAMON P. MARTINEZ
United States Attorney

RAQUEL RUIZ-VELEZ
KYLE T. NAYBACK
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 346-7274